Jennifer R Dartez
State Bar No. 33795
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax


ATTORNEY FOR DEBTOR(S)


**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS DISTRICT**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | **CASE NO. 16-42177** | |
| § | **CHAPTER 13** | |
| **COREY WAYNE SAUERS** § | | |
| **SUMER DAWN SAUERS** § | | |
| **Debtors.** § | | |


**MOTION FOR SUBSTITUTION OF COUNSEL**
**AND FOR ATTORNEY'S FEES**


TO THE HONORABLE BANKRUPTCY JUDGE:

COMES NOW, Corey Wayne Sauers and Sumer Dawn Sauers, hereinafter

referred to as "Debtor(s)", who file this, their *Motion For Substitution of Counsel and For*

*Attorney's Fees*, and in support thereof would respectfully show the Court as follows:


I.


Movant filed a Chapter 13 bankruptcy on June 4, 2016, as a voluntary petition for

relief under Chapter 13 of the Bankruptcy Code. Relief was automatically granted.

II.


Lee Law Firm is counsel of record. Debtors have requested that Allmand Law

Firm, PLLC be substituted as counsel of record for the remainder of their case.

III.

This Motion for Substitution of Counsel and For Attorney's Fees is brought by Weldon Reed Allmand of Allmand Law Firm, PLLC, 860 Airport Freeway, Suite 401, Hurst, TX 76054, telephone (214) 265-0123, facsimile (214) 265-1979, who respectfully requests the court to substitute him as counsel of record for Debtor in this case and requests that all attorneys fees not paid be redirected to this firm.

IV.

Corey Wayne Sauers and Sumer Dawn Sauers approves this substitution. This substitution is not sought for delay. To permit the substitution of Allmand Law Firm, PLLC will in no way affect the rights of Debtor(s).

V.

Debtor(s) request that all creditors and parties of interest forward all notices given or required to be given and all papers served or required to be served upon the following:

**ALLMAND LAW FIRM, PLLC**
**860 Airport Freeway, Suite 401**
**Hurst, TX 76054**

WHERFORE PREMISES CONSIDERED, Corey Wayne Sauers and Sumer Dawn Sauers prays that the Court enter an order substituting Allmand Law Firm, PLLC and discharging as attorneys of record for Corey Wayne Sauers and Sumer Dawn Sauers , that all

attorneys fees not paid be redirected to Allmand Law Firm, PLLC and for such other and further

relief the Court may deem Debtors justly entitled.

        Respectfully Submitted,

                ALLMAND LAW FIRM, P.L.L.C.

                /s/ Weldon Reed Allmand
                Weldon Reed Allmand
                State Bar No. 24027134
                ALLMAND LAW FIRM, P.L.L.C.
                860 Airport Freeway, Suite 401
                Hurst, TX 76054
                214.265.0123 Phone
                214.265.1979 Fax

                ATTORNEY FOR DEBTOR(S)

I approve this substitution.

_/s/ Corey Wayne Sauers_____      _/s/ Sumer Dawn Sauers_____
**COREY WAYNE SAUERS, Debtor**      **Sumer Dawn Sauers, Joint Debtor**

## CERTIFICATE OF SERVICE

This is to certify that on this January 17, 2019, a true and correct copy of the foregoing Motion to Substitute Counsel and For Attorney's Fees was sent via electronic mail or first class U.S. mail to everyone on the attached mailing matrix.

/s/ Jennifer R Dartez
Jennifer R Dartez
State Bar No. 33795