

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed January 22, 2019**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| COREY WAYNE SAUERS § | Case No. 16-42177 |
| SUMER DAWN SAUERS § | Chapter 13 |
| § | |
| Debtors § | |
| § | |

## ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL
## AND FOR ATTORNEY'S FEES

On this day, the Debtor's Motion for Substitution of Counsel and for Attorney's Fees filed by Allmand Law Firm, PLLC, Attorneys at Law on behalf of the debtor(s) came on for consideration. The Court finds that there is good and sufficient cause to grant the Motion.

IT IS, THEREFORE, ORDERED that Allmand Law Firm, PLLC, Attorneys at Law, be substituted as the attorneys of record for the debtor(s), in the place of Lee Law Firm in this

matter and all unpaid attorneys fees previously allocated to Debtor's Counsel shall be redirected to Allmand Law Firm, PLLC.

###END OF ORDER###